IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL MED BANGURA )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>INTERNAL REVENUE SERVICE )<br>UNITED STATES )<br>JAMES C. BROWN )<br>  )<br>  Defendants. ) | No. 1:07-mc-00279 |

NOTICE OF ENTRY OF APPEARANCE FOR
JAN M. GEHT AS COUNSEL FOR THE UNITED STATES

TO THE CLERK OF THE COURT:

PLEASE enter the appearance of Jan M. Geht as counsel for the United States in the above captioned case.

DATE: September 14, 2007.        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Jan M. Geht
　　　　　　　　　　　　　　　　　　　JAN M. GEHT
　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　P.O. Box 227
　　　　　　　　　　　　　　　　　　　Washington, D.C.  20044
　　　　　　　　　　　　　　　　　　　Telephone: (202) 307-6449
　　　　　　　　　　　　　　　　　　　Fax: (202) 514-6866
　　　　　　　　　　　　　　　　　　　E-mail: jan.m.geht@usdoj.gov
　　　　　　　　　　　　　　　　　　　*Counsel for the United States*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2734710.1

- 2 -

**CERTIFICATE OF SERVICE**

      IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE FOR JAN M. GEHT AS COUNSEL FOR THE UNITED STATES was served on September 14, 2007, by ECF and by placing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

ABDUL MED BANGURA
1634 Saratoga Court
Fort Washington, MD 20744


      /s/Jan M. Geht
      JAN M. GEHT

2734710.1