IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL MED BANGURA, } | |
| Plaintiff-Petitioner, } | |
| v. } | Case No: 1:07-mc-00279 |
| INTERNAL REVENUE SERVICE, } UNITED STATES, } JAMES C. BROWN, } | |
| Defendant-Respondents. } | |

RECEIVED
OCT 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RESPONSE TO MOTION FOR SUMMARY DENIAL AND DISMISSAL OF PETITION TO QUASH SUMMONSES

Respondent the United States of America, Internal Revenue Service (the "Service") and James C. Brown move this court to deny the petition to quash, filed by the Petitioner.

As grounds for its motion, Respondents' submit that (1) this court lacks jurisdiction over one of the summoned parties, (2) the service established a prima facie case for the validity of the summons(es), and (3) Petitioner has failed to rebut the prima facie case. Respondents provided a memorandum of points and authorities in support of his motion, the declaration of James C. Brown, and a proposed order which have already been submitted to this court.

Date: October 29, 2007

Respectfully submitted
ABDUL MED BANGURA
Petitioner Pro se
1634 saratoga ct, fort Washington, md 20744

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

ABDUL MED BANGURA, }
}
Plaintiff-Petitioner, }
}
vi. }
} Case No: 1:07-mc-00279
INTERNAL REVENUE SERVICE, }
UNITED STATES, }
JAMES C. BROWN, }
}
Defendant-Respondents. }

MEMORANDUM IN OPPOSITION TO RESPONDENTS' TO MOTION FOR SUMMARY DENIAL AND DISMISSAL OF PETITION TO QUASH SUMMONSES

This is a proceeding in which Petitioner seeks to quash Internal Revenue Service (the "Service") administrative summonses issued to him and two unrelated third parties.

QUESTIONS PRESENTED

1. Does this court have jurisdiction over Countrywide legal Department.
2. Does this court have jurisdiction over ANDREWS FEDERAL CREDIT UNION
3. Has the United States made out a prima facie case for the validity of the summons at issue?
4. Has Petitioner demonstrated specific facts entitling him to an evidentiary hearing to discovery, or to an order quashing the summons?

ARGUMENT

1. The Court has no jurisdiction over the administrative summons issued to Countrywide Legal Department. The Respondent concurs with Petitioner that this court lacks jurisdiction over Countrywide Legal Department citing appropriate authority. However, Respondents failed to ask this court to grant petitioner's petition to quash. Either this court has jurisdiction or it doesn't.

2. Petitioner wishes to move this court to correct earlier argument regarding this court's jurisdiction over ANDREWS FEDERAL CREDIT UNION. This court has no Jurisdiction over the Administrative summons issued to ANDREWS FEDERAL CREDIT UNION EITHER FOR THE SAME REASON. Andrews federal credit union is located at Allentown road, Maryland which is located outside the boundries of this Federal District Court. This court has no jurisdiction over Countrywide under 26 U.S.C. 7609. Respondent has failed to make any argument regarding this issue, instead assumes this court has jurisdiction.

3. Because of the above conditions, the United States has failed to make out a prima facie case for the validity of the summons at issue.

4. Because of the same above conditions, Petitioner has demonstrated not only specific facts but the correct rule of law entitling him to an evidentiary hearing to discovery, or to an order quashing the summons.

## CONCLUSION

For the foregoing reasons, the petitioner opposes the respondents' motion for summary denial of petitioner's petition to quash summons; in the alternative Petitioner moves this court to grant petitioner's petition to quash the summons or entitle petitioner to an evidentiary hearing to discovery.

DATE: October 29, 2007.

RESPECTFULLY SUBMITTED,

ABDUL MED BANGURA
1634 SARATOGA CT
FORT WASHINGTON, MD 20744

CERTIFICATE OF SERVICE

IT IS CERTIFIED THAT the foregoing MEMORANDUM IN OPPOSITION OF RESPONDENTS' MOTION FOR SUMMARY DENIAL OF PETITION TO QUASH SUMMONSES was served on October 29th, 2007, by placing a true and correct copy thereof in the United STATES MAIL, POSTAGE PREPAID, ADDRESSED AS FOLLOWS:

COPIES TO:

For Respondents:   JAN M. GEHT
　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　U.S. Department of Justice
　　　　　　　　　P.O. Box 227
　　　　　　　　　Washington, D.C. 20044

　　　　　　　　　JEFFERY A. TAYLOR
　　　　　　　　　United States Attorney
　　　　　　　　　District of District of Columbia
　　　　　　　　　Judiciary Center Building
　　　　　　　　　555 4th Street; NW
　　　　　　　　　Washington, DC 20530

Summoned Parties:   ANDREWS FEDERAL CREDIT UNION
　　　　　　　　　Through Vicki Swann
　　　　　　　　　5711 Allentown Road
　　　　　　　　　Suitland, MD 20746-4547

　　　　　　　　　COUNTRYWIDE LEGAL DEPARTMENT
　　　　　　　　　Through Claudia Fercano
　　　　　　　　　5220 Los Virgenes Road, Calabasas, CA 91302

　　　　　　　　　　　　　　　　　　　　　　ABDUL MED BANGURA
　　　　　　　　　　　　　　　　　　　　　　Petitioner, Pro se

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL MED BANGURA, } | |
| } | |
| Plaintiff-Petitioner, } | |
| } | |
| v. } | Case No: 1:07-mc-00279 |
| } | |
| INTERNAL REVENUE SERVICE, } | |
| UNITED STATES, } | |
| JAMES C. BROWN, } | |
| } | |
| Defendant-Respondents. } | |

ORDER OF DENIAL

Having considered Petitioners' Response to Respondents' motion for summary denial of petition to Quash summonses filed by Petitioner, and the Petitioners' petition to Quash summonses in respect of the summonses issued to Andrews Federal Credit Union and to Countrywide Legal Department, the Court concludes that the petition to quash be granted. Accordingly, it is this _____ day of _____ 2007, at Washington, District of Columbia,

ORDERED that Petitioner's response in opposition to respondents' motion to dismiss the petition of summonses issued to ANDREWS FEDERAL CREDIT UNION and COUNTRYWIDE LEGAL DEPARTMENT be and hereby is GRANTED;

ORDERED that Respondents' motion to dismiss the petition of summonses issued to ANDREWS FEDERAL CREDIT UNION and COUNTRYWIDE LEGAL DEPARTMENT be and hereby is DENIED;

ORDERED that the petition to quash summonses, in respect of the summonses issued to ANDREWS FEDERAL CREDIT UNION and to COUNTRYWIDE LEGAL DEPARTMENT, be and hereby is GRANTED;

And it is further

ORDERED that the Clerk shall forward conformed copies of this order to the representatives of the parties and the summoned parties listed below.

_____
UNITED STATES DISTRICT JUDGE


COPIES TO:

For Petitioner:  ABDUL MED BANGURA
       1634 SARATOGA CT
       FORT WASHINGTON, MD 20744

For Respondents: JAN M. GEHT
       Trial Attorney, Tax Division
       U.S. Department of Justice
       P.O. Box 227
       Washington, D.C. 20044

       JEFFERY A. TAYLOR
       United States Attorney
       District of District of Columbia
       Judiciary Center Building
       555 4th Street; NW
       Washington, DC  20530

Summoned Parties: ANDREWS FEDERAL CREDIT UNION
       Through Vicki Swann
       5711 Allentown Road
       Suitland, MD 20746-4547

       COUNTRYWIDE LEGAL DEPARTMENT
       Through Claudia Fercano
       5220 Los Virgenes Road, Calabasas, CA 91302