IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL MED BANGURA, | ) |
|     Plaintiff-Petitioner, | ) |
| v. | ) No. 1:07-mc-00279 |
| INTERNAL REVENUE SERVICE, UNITED STATES, JAMES C. BROWN, | ) |
|     Defendants-Respondents. | ) |

## REPLY TO PETITIONER'S RESPONSE TO RESPONDENTS' MOTION FOR SUMMARY DENIAL OF PETITION TO QUASH SUMMONSES

Respondents Internal Revenue Service (the "Service"), United States, and James C. Brown had moved this Court to deny the petition to quash summonses on October 12, 2007. On October 29, 2007, Petitioner filed his response. In that response, Petitioner has reiterated that this Court lacks jurisdiction over Countrywide Legal Department. For the first time, Petitioner has also asserted that this Court lacks jurisdiction over Andrews Federal Credit Union. Although not raised by the Respondents in their original motion for summary denial as an issue, the Respondents concur with Petitioner that this Court lacks jurisdiction over Andrews Federal Credit Union. See, e.g., Masat v. United States, 745 F.2d 985, 987 (5th Cir. 1984).

Accordingly, this Court should deny Petitioner's petition to quash summonses for lack of jurisdiction. See 26 U.S.C. § 7609(h).

2836621.1

- 2 -

DATE: October 31, 2007

                              Respectfully submitted,

                              /s/Jan M. Geht
                              JAN M. GEHT
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              P.O. Box 227
                              Washington, D.C.  20044
                              Telephone: (202) 307-6449
                              Fax: (202) 514-6866
                              E-mail: jan.m.geht@usdoj.gov
                              *Counsel for the United States*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2836621.1

- 3 -

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing REPLY TO PETITIONER'S RESPONSE TO RESPONDENTS' MOTION FOR SUMMARY DENIAL OF PETITION TO QUASH SUMMONSES was served on October 31, 2007, by ECF and by placing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

ABDUL MED BANGURA
1634 Saratoga Court
Fort Washington, MD 20744

and by first-class mail to:

*Summoned Parties*:

ANDREWS FEDERAL CREDIT UNION
Through Vicki Swann
5711 Allentown Road
Suitland, MD 20746-4547

COUNTRYWIDE LEGAL DEPARTMENT
Through Claudia Fercano
5220 Los Virgenes Road,
Calabasas, CA 91302

      /s/Jan M. Geht
    JAN M. GEHT

2836621.1