IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL MED BANGURA, ) | |
| ) | |
| Plaintiff-Petitioner, ) | |
| ) | |
| v. ) | No. 1:07-mc-00279 |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| UNITED STATES, ) | |
| JAMES C. BROWN, ) | |
| ) | |
| Defendants- ) | |
| Respondents. ) | |

## **PRAECIPE**

TO THE CLERK OF THE COURT:

Abdul Med Bangura filed a petition to quash summonses issued by the Internal Revenue Service (the "Service"), in the above-referenced matter, on July 29, 2007. Respondents moved this Court to deny the petition to quash summonses on October 12, 2007. On October 29, 2007, Petitioner filed his response. Respondents replied on October 31, 2007.

This matter is now fully briefed. The Service is unable to proceed with its investigation of Petitioner's potential violation of the internal revenue statutes because of the stay which was imposed when the original petition was filed. See 26 U.S.C. § 7609(d)(2). Please present the Respondents' motion to the Court for decision.

2995649.1

- 2 -

DATE: January 18, 2008

Respectfully submitted,

 /s/ Jan M. Geht
JAN M. GEHT
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
Telephone: (202) 307-6449
Fax: (202) 514-6866
E-mail: jan.m.geht@usdoj.gov
*Counsel for the United States*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2995649.1

- 3 -

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing PRAECIPE was served on January 18, 2008, by ECF and by placing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

ABDUL MED BANGURA
1634 Saratoga Court
Fort Washington, MD 20744

and by first-class mail to:

*Summoned Parties*:

ANDREWS FEDERAL CREDIT UNION
Through Vicki Swann
5711 Allentown Road
Suitland, MD 20746-4547

COUNTRYWIDE LEGAL DEPARTMENT
Through Claudia Fercano
5220 Los Virgenes Road,
Calabasas, CA 91302

                                              /s/Jan M. Geht
                                              JAN M. GEHT