UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| ABDUL MED BANGURA,                                      ) | |
|                                                         ) | |
|                              Petitioner,                ) | |
|                                                         ) | |
|                    v.                                   )     Misc. No. 07-0279 (PLF) |
|                                                         ) | |
| INTERNAL REVENUE SERVICE, et al.,    ) | |
|                                                         ) | |
|                              Respondents.               ) | |
| _____ ) | |

ORDER

    This matter is before the Court on pro se petitioner's petition to quash summons issued to third parties by the Internal Revenue Service for financial information relating to him, and  respondents' motion for summary denial of the petition.  Petitioner responded to the motion for summary denial, and respondent filed a reply brief.

    26 U.S.C. § 7609(h) provides that the "United States district court for the district within which the person to be summoned resides or is found shall have jurisdiction to hear any determine any proceeding brought under subsection (b)(2), (f), or (g)."  26 U.S.C. § 7609(h). Subsection (b)(2) governs proceedings to quash summons.  *See* 26 U.S.C. § 7609(b)(2).

    The summons that petitioner seeks to quash were issued to Countrywide Legal Department in Calabasas, California and Andrews Federal Credit Union in Suitland, Maryland. As a result, this Court lacks jurisdiction over the petition and will grant respondent's motion for summary denial.  Petitioner, while he may not realize the effect of this statement, agrees that the Court lacks jurisdiction over the persons to be summoned under the plain language of the statute. *See* Petitioner's Memorandum in Opposition to Respondents' Motion for Summary Denial and

Dismissal of Petition to Quash Summons at 2-3.  Accordingly, it is hereby

       ORDERED that respondent's [3] motion for summary denial is GRANTED; and

it is

       FURTHER ORDERED that the petition to quash summonses is DENIED without

prejudice.  The Clerk of the Court is directed to remove this case from the docket of the Court.

This is a final appealable order.  *See* Fed. R. App. P. 4(a); 26 U.S.C. § 7609(h).

       SO ORDERED.


                                  _____/s/_____
                                  PAUL L. FRIEDMAN
                                  United States District Judge

DATE:  January 30, 2008